974

No. 72–1570.   Donnelly *v.* DeChristoforo.   C. A. 1st Cir.   Certiorari granted.

No. 72–1167.   Alabama *v.* Congo.   Ct. Crim. App. Ala.   Certiorari denied.

No. 72–6509.   Meador *v.* United States.   C. A. 9th Cir.   Certiorari denied.

No. 72–6794.   Johnson *v.* Anderson, Warden. C. A. 10th Cir.   Certiorari denied.

No. 72–6808.   Griffin *v.* California.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 72–6865.   Braun *v.* California.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 73–55.   Ralph Williams Ford, Inc. *v.* California Department of Motor Vehicles et al.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 73–150.   Vuci *v.* United States.   C. A. 5th Cir. Certiorari denied.

No. 73–166.   Jackson *v.* United States.   C. A. 6th Cir.   Certiorari denied.

No. 73–169.   Messina *v.* United States.   C. A. 2d Cir.   Certiorari denied.

No. 73–177.   Goldstein, Receiver *v.* United States. Ct. Cl.   Certiorari denied.

No. 73–179.   West *v.* United States.   C. A. 2d Cir. Certiorari denied.